[No. 13734.    Department One.    December 29, 1916.]

D. ARONSON, *Respondent*, v. E. F. SWEENEY, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Gilliam, J., entered June 8, 1916, upon findings in favor of the plaintiff, in an action by a lessee to recover a deposit paid the lessor to be applied as rent upon premises leased for saloon purposes, tried to the court.    Affirmed.

*Kerr & McCord*, for appellant.
*Preston & Thorgrimson*, for respondent.

PER CURIAM.—This case involves a lease for a saloon and wholesale liquor store, and involves in general the same propositions as were considered in the case of *The Stratford v. Seattle Brewing & Malting Co.*, *ante* p. 125, 162 Pac. 31.    For the reasons there discussed and determined, the same result is reached herein.

Judgment affirmed.

*t

[No. 13212.    *En Banc*.    January 26, 1917.]

KLOCK PRODUCE COMPANY, *Appellant*, v. DIAMOND ICE & STORAGE COMPANY, *Respondent*.[2]

Appeal from a judgment of the superior court for King county, Dykeman, J., entered October 19, 1915, upon findings in favor of the defendant, in an action for conversion, tried to the court.    Reversed.

*Frank S. Griffith*, for appellant.
*James B. Howe* and *A. J. Falknor*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed herein as reported in 90 Wash. 67, 155 Pac. 414, and for the reasons there stated, the judgment is reversed.

[1]Reported in 162 Pac. 35.
[2]Reported in 162 Pac. 359.